USCA1 Opinion

 

 June 5, 1996 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 95-2340 UNITED STATES, Appellee, v. JOSEPH HEARN, Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE [Hon. Steven J. McAuliffe, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Boudin and Lynch, Circuit Judges. ______________ ____________________ Jonathan R. Saxe and Twomey & Sisti Law Offices on brief for _________________ ____________________________ appellant. Paul M. Gagnon, United States Attorney, and Jean B. Weld, ________________ ______________ Assistant United States Attorney, on brief for appellee. ____________________ ____________________ Per Curiam. Defendant pled guilty and was ___________ sentenced to a 188-month term of imprisonment for violation of 21 U.S.C. 841(a)(1), 846. On appeal he argues that the court erred in rejecting his argument of "sentencing factor manipulation" and refusing to exclude from the calculation of his sentence certain quantities of "crack" cocaine. After a careful review of the parties' briefs, the hearing transcript and other parts of the record, we find no "clear error" in the district court's determination that defendant failed to sustain his burden of proving entitlement to such a reduction. There was no proof of extraordinary governmental misconduct. See United States v. Montoya, 62 F.3d 1, 4 (1st ___ _____________ _______ Cir. 1995). As no substantial question is presented for appeal, the judgment below is affirmed. See Loc. R. 27.1. ________ ___ -3-